ATTORNEY GRIEVANCE COMMISSION **\***      IN THE
OF MARYLAND

    **\***      COURT OF APPEALS

    **\***      OF MARYLAND

**v.**

    **\***      Misc. Docket AG No. 27,
     September Term, 2019

    **\***

**MALCOLM BRUCE KANE**      (No. C-13-CV-19-000894, Circuit
    **\***      Court for Howard County)

## O R D E R

Upon consideration of the Joint Petition for Disbarment by Consent of the Attorney Grievance Commission of Maryland and the Respondent, Malcolm Bruce Kane, filed pursuant to Maryland Rule 19-736, in which the Respondent admits that he violated MLRPC/MARPC Rule 1.1, MLRPC/MARPC Rule 1.7, MLRPC Rule 1.8(c), MLRPC Rule 8.4(a) & (d), and MARPC Rule 8.4(a), (c), (d), and the record herein, it is this <u>9th</u> day of <u>March</u>, 2020,

**ORDERED**, by the Court of Appeals of Maryland, that the Respondent, Malcom Bruce Kane, be, and hereby is, disbarred from the practice of law in the State of Maryland, effective immediately; and it is further

**ORDERED**, that the Clerk of this Court shall remove the name of Malcolm Bruce Kane from the register of attorneys in this Court and certify that fact to the Client Protection Fund of the Bar of Maryland and all Clerks of all judicial tribunals in this State in accordance with Maryland Rule 19-736(d).

Pursuant to Maryland Uniform Electronic Legal
Materials Act
(§§ 10-1601 et seq. of the State Government Article) this document is authentic.

/s/ Robert N. McDonald
    Senior Judge



Suzanne C. Johnson, Clerk